UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **AUSTIN WAYNE DUCOTE, ET. AL.** | **\* CASE NO. 1:23-CV-00360-TAD-JPM** |
| **VERSUS** | **\* JUDGE TERRY A. DOUGHTY** |
| **PROGRESSIVE PALOVERDE INSUARNCE COMPANY, ET. AL.** | **\* MAGISTRATE JUDGE JOSEPH H. L. PEREZ-MONTEX** |

## MOTION TO REMAND

NOW INTO COURT, through undersigned counsel, come Plaintiffs, AUSTIN WAYNE DUCOTE and MONKEY SHINES 4 KIDS, LLC, who, pursuant to 28 U.S.C. § 1447(c), respectfully move This Honorable Court to remand this action to the 12th Judicial District Court, for the State of Louisiana, Parish of Avoyelles, and for the costs and expenses incurred as a result of the removal, including reasonable attorney fees. Defendant, Progressive Paloverde Insurance Company, has attempted to invoke the subject-matter jurisdiction of this Court based upon alleged complete diversity of citizenship pursuant to 28 U.S.C. § 1332. However, removal of this matter is improper and unavailable to Progressive Paloverde Insurance Company for the following reasons, which are more fully set forth in Plaintiffs' supporting memorandum:

1. Progressive Paloverde Insurance Company's Notice of Removal is untimely;

2. There is no complete diversity of citizenship because all plaintiffs are not diverse from all defendants, *i.e.*, the plaintiffs have the same domicile as co-defendant Progressive Security Insurance Company; and

3. Removing defendant Progressive Paloverde Insurance Company has not born its burden of proving that federal court jurisdiction exists, as it has not provided this Court

with <u>any</u> evidence to show that Progressive Security Insurance Company is not a co-defendant in this case.

          Respectfully Submitted:

          **LABORDE EARLES LAW FIRM, LLC.**

By:   **DERRICK G. EARLES, Bar#29570**
*Email:* *service@onmyside.com*
**DAVID C. LABORDE, Bar#20907**
**MARY K. CRYAR, Bar#24062**
**M. BENJAMIN ALEXANDER, Bar#29065**
1901 Kaliste Saloom Road
P.O. Box 80098
Lafayette, Louisiana 70598-0098
Phone: 337-261-2617
Fax: 337-261-1934
***Attorneys for Plaintiffs***
*\*For all non-service relation communication Please direct to digger@onmyside.com*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 29th day of March 2023, a copy of the above and foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system.

**DERRICK G. EARLES**