UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| AUSTIN W DUCOTE ET AL | CASE NO. 23-cv-360 |
| -vs- | JUDGE DRELL |
| PROGRESSIVE PALOVERDE INSURANCE CO ET AL | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and after independent (de novo) review of the record including the objections filed herein, and having determined that the findings and recommendation are correct under the applicable law:

IT IS ORDERED that Plaintiffs' Motion to Remand is GRANTED (ECF No. 8) and this case is REMANDED to the Louisiana 12th Judicial District Court in Avoyelles Parish;

IT IS ORDERED that Defendant's Motion for Jurisdictional Discovery (ECF No. 15) is DENIED.

IT IS ORDERED that Plaintiffs' Motion for Attorney's Fees (ECF No. 8) is GRANTED. Plaintiffs' counsel has 14 days from the date of this Order in which to produce a time report of the hours spent and justification thereof, in support of their claim.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana on this 7th day of June 2024.

DEE D. DRELL, SENIOR JUDGE
UNITED STATES DISTRICT COURT